UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>RONALD DONTEY HILL,<br><br>　　　　　　　　　　Defendant. | Case No. 2:16-cr-00299-KJD-CWH-2<br><br>**ORDER** |

Presently before the Court is Defendant's pro se Motion for Copies (#123). Defendant asserts he is working on post-conviction litigation and requests a copy of his plea agreement, judgment, and the docket sheet. (#123). Typically, the Court cannot provide free copies of electronically filed documents. Instead, there is a charge of 10 cents per page to obtain them. See LR IC 1-1(i)(5); 28 U.S.C. § 1914. However, as a courtesy, the Court will provide Defendant with copies of the requested documents.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for Copies (#123) is **GRANTED**.

The Clerk of the Court is kindly directed to send Defendant the following:

1. A copy of his plea agreement (#45).
2. A copy of his judgment (#121).
3. A copy of the docket sheet.
4. Details on how Defendant can purchase and receive any additional requested documents.

Dated this 16th day of May 2024.

_____
Kent J. Dawson
United States District Judge